IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-11048
Summary Calendar
_____


KAREN ROGERS,

Plaintiff-Appellant,

versus

BELL HELICOPTER TEXTRON, INC.,

Defendant-Appellee.

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 3:99-CV-988-R)
_____
March 23, 2001

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff Appellant Karen Rogers appeals the district court's entry of summary

judgment for defendant Bell Helicopter Textron, Inc. (Bell). Rogers failed to

provide medical certification for her leave within the fifteen-day minimum period

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

established by the Family and Medical Leave Act, *See* 29 C.F.R. § 825.305(b) (FMLA) and accordingly Bell did not violate the FMLA when it terminated her pursuant to the Collective Bargaining Agreement. Furthermore, nothing in the record suggests that Rogers was terminated in retaliation for suing Bell under the FMLA. Rogers was terminated because of her absences and sued Bell only after she was terminated.

Affirmed.